UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

-----------------------------

In re:                                                    Case No. 26-41143 (WJF)

    *Ronald Lee Gulczynski,*                                    Chapter 13 Case

          Debtor.

-----------------------------

### NOTICE OF HEARING AND MOTION TO DENY DISCHARGE

TO:  All parties in interest pursuant to Local Rule 9013-3.

    1.      Gregory A. Burrell, chapter 13 trustee, moves the court for the relief requested below and gives notice of hearing.

    2.      The Court will hold a hearing on this motion at 11:00 a.m. on Tuesday, June 9, 2026. The hearing will be conducted telephonically.  Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

    3.      Any response to this motion must be filed and served not later than June 2, 2026, which is seven days before the time set for the hearing (including Saturdays, Sundays and legal holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.      This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1.  This proceeding is a core proceeding.  The petition commencing this chapter 13 case was filed on April 8, 2026. The case is now pending in this court.

    5.      This motion arises under 11 U.S.C. § 1328.  This motion is filed under Fed. R. Bankr. P. 4004(a) and 9014 and Local Rules 4004-1, 9013-1 through 9013-4, and such other Local Rules as may pertain.  The trustee requests relief with respect to an order denying Debtor Ronald Lee Gulczynski's eligibility to receive a discharge under 11 U.S.C. § 1328(f).

    6.      Debtor Ronald Lee Gulczynski filed the following case in this district on October 18, 2022: BKY 22-41737, in which he received a discharge on January 10, 2023, under chapter 7 of title 11 of the United States Code. As such, BKY 22-41737 was a chapter 7 proceeding both

filed and discharged within four years of the current Chapter 13 case.

7.   11 U.S.C. § 1328(f) states:

Notwithstanding subsections (a) and (b), the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor has received a discharge -

(1)   in a case filed under chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or

(2)   in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order.

8.   Fed. R. Bankr. P. 4004(a), as amended effective December 1, 2010, states, in relevant part: "In a chapter 13 case, a motion objecting to the debtor's discharge under § 1328(f) shall be filed no later than 60 days after the first date set for the meeting of creditors under § 341(a). At least 28 days' notice of the time so fixed shall be given to the United States trustee and all creditors as provided in Rule 2002(f) and (k) and to the trustee and the trustee's attorney."

9.   The first date set for the debtors' meeting of creditors was May 6, 2026; therefore, this motion is timely under Fed. R. Bankr. P. 4004(a).

10.   While it may be premature to enter an order at this time denying Debtor Ronald Lee Gulczynski's discharge so early in the debtor's chapter 13 case, the amendments to the rule regarding denial of discharge appear to mandate an early determination of this issue. The proposed rule is couched in terms of making a threshold determination of eligibility for discharge only, as opposed to denying discharge outright, since that issue may not be ripe for the court to determine.

WHEREFORE, the trustee moves the court for an order that Debtor Ronald Lee Gulczynski is ineligible to receive a discharge by reason of 11 U.S.C. § 1328(f), and such other relief as may be just and equitable.

Gregory A. Burrell, Chapter 13 Trustee

Dated: May 7, 2026

By: /e/ Heather M. Forrest
Jeffrey M. Bruzek, ID # 319260
Heather M. Forrest, ID # 398764
Counsel for Chapter 13 Trustee
100 South Fifth Street, Suite 480
Minneapolis, MN 55402
(612) 338-7591
hmf@ch13mn.com

## VERIFICATION

I, Heather M. Forrest, employed by Gregory A. Burrell, the chapter 13 trustee, the movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on:  May 7, 2026                                      Signed: /e/ *Heather M. Forrest*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

------------------------------

In re:                                                          Case No. 26-41143 (WJF)

    *Ronald Lee Gulczynski,*                                  Chapter 13 Case

       Debtor.

------------------------------

### UNSWORN DECLARATION FOR PROOF OF SERVICE

The undersigned, employed by Gregory A. Burrell, chapter 13 trustee, declares that on May 7, 2026, I caused to be served the attached Notice of Hearing and Motion to Determine Eligibility for Discharge and proposed Order on all filing users and others who have consented to electronic service in this case, by electronic mail, as disclosed on the Notice of Electronic Filing herein, and on the individuals or entities listed below, in the manner described:

**By first class U.S. mail, postage prepaid:**

Ronald Lee Gulczynski
6601 – 5th Avenue South
Apt. 3
Richfield, MN 55423

Michael J. Sheridan via CM/ECF

All creditors and parties in interest on the matrix maintained by the court for this case.

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:  May 7, 2026                                   */e/ Shannon K. Haselman*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

------------------------------
In re:                                                    Case No. 26-41143 (WJF)

    *Ronald Lee Gulczynski,*                               Chapter 13 Case

        Debtor.
------------------------------

### ORDER REGARDING DEBTORS' ELIGIBILITY FOR DISCHARGES

This case is before the court on the trustee's motion for an order determining Debtor Ronald Lee Gulczynski's eligibility for a discharge under 11 U.S.C. § 1328(f).

Based on the motion and the file,

IT IS ORDERED:

Debtor Ronald Lee Gulczynski is ineligible to receive a discharge in this case by reason of 11 U.S.C. § 1328(f).


DATED:

_____
William J. Fisher
United States Bankruptcy Judge

Label Matrix for local noticing
0864-4
Case 26-41143
District of Minnesota
Minneapolis
Thu May  7 12:52:38 CDT 2026

Minneapolis
301 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Cap One Auto
Credit Bureau Dispute
Plano, TX 75025

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance, a division of Capi
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Deptednelnet
Po Box 82561
Lincoln, NE 68501-2561

Fairview Health Services
PO Box 9372
Minneapolis, MN 55440-9372

Fairview Health Services/ M Health Fairview
PO Box 9372
Minneapolis, MN 55440-9372

Harris
P.O. Box 186
Chicago, IL 60690-0186

Merrick Bk
Po Box 9201
Old Bethpage, NY 11804-9001

Midwest Radiology
PO Box 1259
Dept # 165956
Oaks, PA 19456-1259

OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731-3251

Onemain
Po Box 1010
Evansville, IN 47706-1010

Riverview Law Offices
PO Box 570
Sauk Rapids, MN 56379-0570

Tbom/Fortiva
Po Box 105555
Atlanta, GA 30348-5555

U.S Department of Education c/o Nelnet
121 South 13th Street
LINCOLN, NE 68508-1911

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

(p)USCB  INC
ATTN ADMIN
355 S GRAND AVENUE 32ND FLOOR
LOS ANGELES CA 90071-1550

University Anesthesia Providers
PO Box 860213
Minneapolis, MN 55486-0213

Gregory A Burrell
100 South Fifth Street
Suite 480
Minneapolis, MN 55402-1250

Michael Sheridan
Atlas Law Firm
2006 1st Ave N
Suite 206
Anoka, MN 55303-2255

Ronald Lee Gulczynski
6601 5th Ave S
Apt 3
Richfield, MN 55423-2427

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

USCB America
355 s Grand Ave, Suite 3200
Box 306
Los Angeles, CA 90071-1591

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21